## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: PIZARRO V. EUROS EL TINA RESTAURANT, ET AL.    Docket No.: 24-2422

Lead Counsel of Record (name/firm) or Pro se Party (name):
MARTIN E RESTITUYO, ESQ. / THE LAW OFFICES OF MARTIN E RESTITUYO, P.C.

Appearance for (party/designation): PIZARRO V. EUROS EL TINA RESTAURANT LOUNGE AND BILLIARDS CORP. AND SANTIAGO QUEZADA

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
    Parties:
( ) Incorrect.   Please change the following parties' designations:
    Party                             Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:
Firm:
Address:
Telephone:                                  Fax:
Email:

### RELATED CASES

( ) This case has not been before this Court previously.
(✔) This case has been before this Court previously.   The short title, docket number, and citation are:
PIZARRO V. EUROS EL TINA RESTAURANT LOUNGE AND BILLIARDS CORP. AND SANTIAGO QUEZADA DOCKET 24-568
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are:

### CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 11/20/2023    OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: MARTIN E RESTITUYO
Type or Print Name: MARTIN RESTITUYO
        OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.