# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: __Pizarro v. Euros El Tina Restaurant Lounge & Billiards Corp. et___ Docket No.: __24-2422__

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: __Scott T. Baken__

Firm: __Jackson Lewis P.C.__

Address: __44 S. Broadway, 14th Floor, White Plains, NY 10601__

Telephone: __(914) 872 8060__     Fax: ____

E-mail: __scott.baken@jacksonlewis.com__

Appearance for: __Defendant-Appellees__
(party/designation)

Select One:

[✔] Substitute counsel (replacing lead counsel: __Martin E. Restituyo/Law Offices of Martin E. Restituyo, P.C.__)
(name/firm)

[ ] Substitute counsel (replacing other counsel: ____)
(name/firm)

[ ] Additional counsel (co-counsel with: ____)
(name/firm)

[ ] Amicus (in support of: ____)
(party/designation)

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on __6/20/2024__ OR

[ ] I applied for admission on ____.

Signature of Counsel: _[signature]_

Type or Print Name: __Scott T. Baken__