# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Pizarro v. Euros El Tina Restaurant Lounge & Billiards Corp. et** Docket No.: **24-2422**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Poonam Sethi**

Firm: **Jackson Lewis P.C.**

Address: **44 S. Broadway, 14th Floor, White Plains, NY 10601**

Telephone: **(914) 872 8060**   Fax:

E-mail: **poonam.sethi@jacksonlewis.com**

Appearance for: **Defendant-Appellees**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Scott T. Baken/Jackson Lewis P.C.** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on **1/23/24**.

Signature of Counsel: *[signature]*

Type or Print Name: **Poonam Sethi**