UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2422

**Caption [use short title]**

**Motion for:** extension of time for Defendants-Appellants' Appeal Brief

Pizarro v. Euros El Tina Restaurant Lounge & Billiards Corp. et al

Set forth below precise, complete statement of relief sought:

Defendants-Appellants Euros El Tina Restaurant Lounge and Billiards Corp. and Santiago Quezada, Sr. respectfully request a thirty (30) day extension of time, from December 23, 2024 to and including January 22, 2025, in which to file their Appeal Brief and Appendix with the Court

**MOVING PARTY:** Defendants-Appellants
**OPPOSING PARTY:** Plaintiff-Appellee

☐ Plaintiff  ☒ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Scott T. Baken/Poonam Sethi
**OPPOSING ATTORNEY:** Evan Brustein

[name of attorney, with firm, address, phone number and e-mail]

Jackson Lewis P.C.
44 S. Broadway, 14th Floor, White Plains, NY 10601
scott.baken@jacksonlewis.com/poonam.sethi@jacksonlewis.com/ (914) 872 8060

Brustein Law PLLC
299 Broadway, 17th Floor  New York, New York 10007
evan@brusteinlaw.com/ (212) 233-3900

**Court- Judge/ Agency appealed from:** Hon. Alvin K. Hellerstein

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
_____  **Date:** 11/5/2024  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# NO. 24-2422

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

MARIA JOSE PIZARRO,
*Plaintiff-Appellee*

v.

EUROS EL TINA RESTAURANT LOUNGE and BILLIARDS CORP., and SANTIAGO QUEZADA, Sr.,

*Defendants-Appellants*

On appeal from an order of the United States District Court
for the Southern District, No. 1:20-cv-05783 (AKH)

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS-APPELLANTS APPEAL BRIEF AND APPENDIX**

Scott T. Baken
Poonam Sethi
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
(914) 872-8060
*Counsel for Defendants-Appellants*

Pursuant to LR 27.1(f), Defendants-Appellants Euros El Tina Restaurant Lounge and Billiards Corp. and Santiago Quezada, Sr. (collectively, "Defendants-Appellants") submit this "Motion For An Extension Of Time to File Defendants-Appellants' Brief" (the "Motion"). Defendants-Appellants respectfully request a thirty (30) day extension of time, from December 23, 2024 to and including January 22, 2025, in which to file their Appeal Brief and Appendix with the Court.

Defendants-Appellants request this extension due to their legal counsel's commitments on other matters and the press of the year-end holidays. Among other things, Ms. Sethi is lead counsel for another client engrossed in an arbitration proceeding which is scheduled to culminate in an evidentiary hearing in mid-December. There is good cause for the extension. This appeal arises from a voluminous record and raises complex issues involving a significant damages award of $2,725,000.

In similar circumstances, this Court has frequently granted unopposed extension requests, even for substantially longer extensions. *See, e.g.*, *Upstate Jobs Party v. Kosinski*, No. 21-2518, ECF 107 (2d Cir. May 6, 2022) (granting unopposed 45-day extension to file responsive brief, due to client unavailability and limited attorney availability); *United States v. Myers*, No. 21-1994, ECF 66 (2d Cir. May 9, 2022) (granting unopposed 24-day extension to file reply brief, due to client

unavailability, complicated issues on appeal, and lingering effects of previous COVID infection).

This motion is unopposed and will not cause any inconvenience to the parties or the Court. On October 29, 2024, Plaintiff-Appellee's Counsel, Evan Brustein, Esq., informed Ms. Sethi of Plaintiff-Appellee's consent to Defendant-Appellants' extension request.

Defendants-Appellants are not seeking this extension for purposes of delay. Rather, they seek this extension for good cause as set forth above, and to afford Defendants-Appellants an adequate amount of time to prepare and file their Appeal Brief and Appendix. This is Defendants-Appellants' first request for such an extension and Defendants-Appellants do not intend to request any additional extensions to this briefing schedule. Appellants have conferred with Appellee, who consents to this motion and will not file a response.

Accordingly, Defendants-Appellants respectfully that this Court grant their Unopposed Motion for an Extension of Time to File Their Appeal Brief and Appendix and order that the time to file be extended by thirty (30) days, from December 23, 2024 to and including January 22, 2025.

                    JACKSON LEWIS P.C.
                    44 South Broadway, 14th Floor
                    White Plains, New York 10601
                    914-872-8060

By: _____
     Scott T. Baken
     Poonam Sethi
     *ATTORNEYS FOR*
     *DEFENDANTS-APPELLANTS*

Dated:    November 5, 2024
              White Plains, New York

## **CERTIFICATE OF COMPLIANCE**

Scott T. Baken, attorney of record for Defendants-Appellants, hereby certifies that the preceding brief complies with Federal Rules of Appellate Procedure 27(d). This brief is in 14-point Times New Roman font. The total number of words in the brief, based upon the word count of the word-processing system used to prepare the brief is 380.

By: _____
      Scott T. Baken

Dated:    November 5, 2024
             White Plains, New York

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, a copy of the foregoing Consent Motion was served on counsel of record for Plaintiff-Appellee, via the ACMS filing system.

_____
Poonam Sethi