# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of November, two thousand twenty-four.

Before:     José A. Cabranes,
                 *Circuit Judge.*

---

Maria Jose Pizarro,

    Plaintiff-Counter-Defendant-Third-Party-Defendant-Cross-Defendant-Counter-Defendant-

        Appellee,

 v.

Santiago Quezada, Euros El Tina Restaurant Lounge and Billiards Corp.

    Defendant-Counter-Claimant-Third-Party-Plaintiff-Cross-Claimant-Counter-Claimant-

        Appellants.

**ORDER**

Docket No. 24-2422

---

      Appellants move for a 30-day extension until January 22, 2025 to file the opening brief.

      IT IS HEREBY ORDERED that the motion is GRANTED, on consent.

                                          For the Court:
                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court