UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of January, two thousand twenty-five,

_____

Maria Jose Pizarro,

    Plaintiff-Counter-Defendant-Third-Party-Defendant-Cross-Defendant-Counter-Defendant-

    Appellee,

v.

Santiago Quezada, Euros El Tina Restaurant Lounge and Billiards Corp.

    Defendant-Counter-Claimant-Third-Party-Plaintiff-Cross-Claimant-Counter-Claimant-

    Appellants,

Santiago Quezada, Jr.,

    Defendant-Counter-Clamimant-Third-Party-Plaintiff-Cross-Claimant-Counter-Claimant-

    Defendant,

Emiton Fernandez, Narcisco Gomez, Jose R. Castro, Tomas Andres Pizarro Zepeda, Eladio Castro Productions, Inc., Zoilimar Mejia,

    Defendant-Third-Party-Defendant-Cross-Defendant-Counter-Defendants.

**ORDER**
Docket No. 24-2422

_____

Counsel for Appellee Maria Jose Pizarro has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 23, 2025, as the brief filing date.

It is HEREBY ORDERED that Appellees brief must be filed on or before April 23, 2025. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Maria Jose Pizarro will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court