# 24-2422-cv

IN THE

# United States Court of Appeals

## FOR THE SECOND CIRCUIT



Maria Jose Pizarro,

*Plaintiff-Counter-Defendant-Third-Party-Defendant-Cross-Defendant-Counter-Defendant-Appellee,*

*v.*

Santiago Quezada, Euros El Tina Restaurant Lounge and Billiards Corp.,

*Defendant-Counter-Claimant-Third-Party-Plaintiff-Cross-Claimant-Counter-Claimant-Appellants,*

*(Caption Continued on the Reverse)*

―――――――――

*On Appeal from the United States District Court for the Southern District of New York*

## SUPPLEMENTAL APPENDIX

Bromberg Law Office, P.C.
352 Rutland Road, #1
Brooklyn, New York 11225
212-248-7906

Brustein Law PLLC
299 Broadway, Suite 800
New York, New York 10007
212-233-3900

*Attorneys for Plaintiff-Counter-Defendant-Third-Party-Defendant-Cross-Defendant-Counter-Defendant-Appellee*



(212) 719-0990
appeals@phpny.com

SANTIAGO QUEZADA, JR.,

*Defendant-Counter-Claimant-Third-Party-Plaintiff-*
*Cross-Claimant-Counter-Claimant-Defendant,*

EMITON FERNANDEZ, NARCISCO GOMEZ, JOSE R. CASTRO,
TOMAS ANDRES PIZARRO ZEPEDA, ELADIO CASTRO PRODUCTIONS, INC.,
ZOILIMAR MEJIA,

*Defendant-Third-Party-Defendant-Cross-*
*Defendant-Counter-Defendants.*

**Table of Contents**

**Page**

Declaration of Evan Brustein in Support of Motion
    for Attorneys' Fees and Costs, dated December 21, 2023 ............ SA1

        Exhibit 1 to Brustein Declaration -
        Invoice from Brustein Law PLLC,
        dated November 27, 2023 ...................................................... SA9

        Exhibit 2 to Brustein Declaration -
        Invoice from Brustein Law PLLC,
        dated December 18, 2023 ...................................................... SA20

Declaration of Earl Ward in Support of Motion
    for Attorneys' Fees and Costs, dated December 1, 2023 ............ SA21

Declaration of Jeffrey Risman in Support of Motion
    for Attorneys' Fees and Costs, dated November 30, 2023 .......... SA23

Declaration of Brian L. Bromberg in Support of Motion
    for Attorneys' Fees and Costs, dated December 4, 2023 ............ SA27

Declaration of Maria Jose Pizarro in Support of Motion
    for Attorneys' Fees and Costs, dated November 30, 2023 .......... SA30

Order Granting Motion for Summary Judgment
    and Fed. R. CIV. P. 11 Sanctions, dated August 29, 2024 ........... SA33

Judgment of the United States District Court Southern
    District of New York, entered August 30, 2024 ......................... SA36

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MARIA JOSE PIZARRO**                          **Case No. 20-CV-5783 (AKH)**
                **Plaintiff,**

                **-- against --**

**EUROS EL TINA RESTAURANT LOUNGE and**
**BILLIARDS CORP. and SANTIAGO QUEZADA,**
                **Defendants,**

---

**Declaration of Plaintiffs' Attorney Evan Brustein in Support of Plaintiff's Motion for Attorneys' Fees and Costs**

Under 28 U.S.C. § 1746, I, Evan Brustein, do hereby declare under penalty of perjury, that the following is true and correct:

1.    I am the sole member of Brustein Law P.L.L.C.

2.    I am submitting this Declaration in support of Plaintiff's motion for attorneys' fees and costs in the above matter.

**My Qualifications**

3.    The credentials and court decisions upon which I base my hourly rate.

4.    I graduated from the George Washington University with a B.A. in English in May 2004.

5.    I earned my J.D. from Brooklyn Law School in June 2007.  At Brooklyn Law School, I was the recipient of the Jan Adam Zuckerman Scholarship and the Sparer Public Interest Fellowship.

6.    I am a member in good standing of the bars of the following state courts:

New York State Bar (Appellate Division, Second Department)
January 2008

New Jersey Bar
November 2010

7.    I am a member in good standing of the following federal courts:

U.S. District Court for the Southern District of New York
July 2015

U.S. District Court for the Eastern District of New York
July 2015

U.S. District Court for the Northern District of New York
June 2021

U.S. District Court for the District of New Jersey
November 2010

**Background and Qualifications**

7.    From September 2007 until January 2019, I was employed by the New York City

Law Department, Office of the Corporation Counsel.

8.    I began my career as an Assistant Corporation Counsel at the New York City Law

Department as a prosecutor in the Family Court Division in Manhattan, where I tried over 100

cases to verdict, including a homicide.

9.    In 2011, New York City Law Department awarded me the Family Court Division

Chief Award.

10.    In September 2012, I was promoted to Senior Counsel and to Assistant Deputy

Borough Chief, where I helped oversee a team of more than 10 attorneys in Brooklyn.

11.    In 2013, the New York City Bar Association recognized my work on behalf of the

City of New York by awarding me the Municipal Affairs Award.

12.    In September 2015, I transferred to the New York City Law Department's Special

Federal Litigation Division, where I was assigned to defend the City of New York and its

employees against federal lawsuits claiming civil rights violations in the Eastern District of New York and Southern District of New York.

13.     In 2018, the New York City Law Department awarded me the Special Federal Litigation Chief Award.

14.     In January 2019, I started my own practice, Brustein Law, P.L.L.C., concentrating in the fields of civil rights, employment law, and commercial litigation.

15.     I have experience in the fields of § 1983 litigation, New York City Human Rights Law, Title VII of the Civil Rights Act of 1964, excessive force, wage-and-hour law, commercial litigation, employment discrimination, retaliation, first amendment litigation, sexual assault and sexual harassment litigation, whistleblower litigation, ERISA, WARN Act, New York State criminal law and federal criminal law.

16.     While most of the cases I have settled are confidential, one case, which was not is M.D. v. City of New York 21-CV-1060 (ARR) (SJB), in the Eastern District of New York, and settled for $2.95 million.

17.     I am experienced in trial court and appellate litigation and have also litigated the following reported cases, among others:

   a.   *Matter of Desteny D.,* 42 Misc. 3d 478 (Aug. 2013) a homicide case, I successfully prosecuted to verdict;

   b.   *Brown v. City of New York, et al.* SDNY Case No. 16-CV-1919 (ALC), 2018 WL 3821620, a civil rights case where my motion for summary judgment was granted;

   c.   *In re Esmeldyn P.* 124 A.D. 3d 542 (1st Dept. 2015), an appellate case where I successfully defended a felony assault conviction on appeal;

    d. *Dyal v. City of New York, et al,* EDNY Case No. 16-CV-2133 (JBW) (RER 2018 WL 2103202, a civil rights case, in which my motion for summary judgment was granted;

    e. *A.W. by E.W. v. New York Department of Education, et al,* EDNY Case No. 19-CV-7011 (MKB), 2021 WL 611409, a civil rights case where I successfully opposed a motion for dismissal pursuant to Fed. R. Civ. P. 12(b)(6).

18.    I am also experienced in federal trials and the following are some of federal excessive force cases I have litigated successfully to verdict:

    a. *Gorham, et al. v. City of New York, et al,* EDNY Case No. 14-CV-6865 (LDH) (RLM);

    b. *Milton v. Johnson*, SDNY Case No. 13-CV-8046 (PGG);

    c. *Feeley v. City of New York, et al,* SDNY Case No. 15-CV-8349 (PKC); and,

    d. *Dean v. New York City, et al,* SDNY Case No. 15-CV-8825 (LAK) (KNF).

19.    I am also experienced in federal class action litigation and have participated in the following filed cases:

    a. *McLennon, et al v. City of New York, et al,* SDNY Case No. 14-CV-6320 (MKB) (RER);

    b. *Farah, et al v. Emirates, et al,* SDNY Case 21-CV-5786 (LTS); and,

    c. *Staley, et al. v. FSR International Hotels, Inc., et al.,* SDNY Case No. 22-CV-6781 (JSR).

20.    I am also experienced in federal civil rights litigation and have litigated the following federal employment and civil rights cases, among others:

    a.   *Jones v. Mayflower International Hotel Group, Inc, et al,* EDNY Case No. 15-CV-4435 (WFK) (JRC);

    b.   *Mills v. Marcus & Millichap Real Estate Investment Services, Inc.,* EDNY Case No. 20-CV-6333 (LDH) (JRC);

    c.   *Fowler v. City of New York, et al,* EDNY Case No. 16-CV-6059 (AMD) (CLP);

    d.   *Puryear v. Meco Electric Company,* EDNY Case No. 22-CV-295 (WFK) (VMS);

    e.   *Metlife 401(k) Plan, v. Howard-Burke, et al,* SDNY Case No. 21-CV-10607 (PKC);

    f.   *Chan v. iSpot, Inc.,* SDNY Case No. 20-CV-8222 (RA);

    g.   *Centeno v. Extell Development Company, et al,* SDNY Case No. 19-CV-7232 (DLC);

    h.   *Quiller v. Varona, et al,* SDNY Case No. 15-CV-5879 (RJS);

    i.   *Lopez v. Matos, et al,* SDNY Case No. 20-CV-898 (AKH); and,

    j.   *Zwolinski v. Liberty Behavorial Management, Inc., et al,* SDNY Case No. 21-CV-10760 (JLR).

21.    From 2007 – 2011, I served on the New York City Bar Committee on Legal Issues Affecting People with Disabilities.

22.    From 2012 – 2015, I served on the New York City Law Department's Diversity Committee.

23.    From 2019 to present, I have been a member of the Labor and Employment Section of the New York State Bar Association.

24.     From 2019 to present, I have been a member of the New York American Inn of Court.

25.     From 2019 to present, I have been a member of the Commercial and Federal Litigation Section of the New York State Bar Association.

26.     I have presented Continuing Legal Education Classes on a variety of topics including:

    a.  New York American Inn of Court's The Buffalo Billion Corruption Scandal: Honest Services and the "Right to Control" Theory, October 2022;

    b.  New York American Inn of Court's Blowing the Whistle on Fake It Till You Make It – Inspired by Theranos, October 2021;

    c.  New York American Inn of Court's Orange is the New Varsity Blue: From Bribe Agreement to Plea Agreement, October 2019 (National Inn Award recipient for Outstanding Program);

    d.  Closing Statements at the Federal Bar Council's Trial Advocacy Training for Pro Bono Lawyers, May 2019; and,

    e.  New York City Law Department's Introduction to Evidentiary Foundations in 2014.

27.     I met Mark Marino as an adversary over eight years ago when I was working for the New York City Law Department, Special Federal Litigation Division.

28.     Since opening Brustein Law PLLC, I have sought Mr. Marino's assistance on several matters because of my respect for his legal writing and strategic thinking.

29.     I brought Mr. Marino on to this matter to assist with motion drafting, preparing for depositions, and preparing the case for trial.

30.     During the trial, Mr. Marino directed two of Plaintiff's witnesses during the trial.

31.     I have billed Mr. Marino's services out at $425/hour.

32.     Mr. Marino's requested hourly rate of $425 is in keeping with prevailing market rates for lawyers of comparable skill and experience and this represents a minimally fair rate for an attorney with Mr. Marino's experience and competence.

33.     I regularly charge clients $500/hour for my own services.

34.     My work in connection with this case is shown on the schedule attached herein as Exhibit 1.  I prepared my time records contemporaneously with my performance of the work via billing software.

35.     I devoted 318.9 hours to the representation of the Plaintiff in this case.

36.     I am requesting an hourly rate of $550, which is a slight increase, for the following reasons: (1) the level of success achieved in this litigation; (2) the risk of payment involved in contingency litigation which at this point has lasted for four years versus a client paying as the work is completed; (3) based upon my training and experience as well as the knowledge and skill I have demonstrated throughout this litigation, I believe that $550/hour is in line with rates charged by similarly experienced lawyers in the district.

37.     Using my requested hourly rate of $550 for my 316.9 hours, my fee comes to $174,295.00.

38.     The costs incurred in litigating this matter are included on Exhibit 1, and they total $5,110.63.

39.     A true and accurate copy of my invoice detailing the hours spent and the itemized costs incurred is attached to my Declaration as Exhibit A.

40.     A true and accurate copy of my (supplemental) invoice detailing the hours apent

and the itemized costs incurred in opposing Defendants' motion pursuant to FRCP 50 and

59 is attached to my Declaration as Exhibit B.

41.     Under 28 U.S.C. § 1746, I, Evan Brustein, do hereby certify under penalties of

perjury, that the above statements are true and correct to the extent they reflect my

personal knowledge and otherwise are based upon my information and belief.

Dated: New York, New York
        December 21, 2023


                                        _____/s/ Evan Brustein_____
                                        Evan Brustein, Esq.
                                        Brustein Law PLLC
                                        299 Broadway, 17th Floor
                                        New York, New York 10007
                                        (212) 233-3900
                                        evan@brusteinlaw.com
                                        *Attorney for Plaintiff*



# INVOICE

Date: 11/27/2023
Due Upon Receipt

## Brustein Law

299 Broadway, 17th Floor
New York, NY 10007
Phone: 2122333900
Email: evan@brusteinlaw.com
brusteinlaw.com

Santiago    uezada Sr.
c/o Law    ffices of Martin E. Restituyo
1325 Avenue of the Americas, 28th Floor
New York, New York 10019

## Pizarro v Euros El Tina, et al 20-cv-5783 (AKH)

### Services

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 01/10/2020 | client intake | 2.00 | $550.00 | $1,100.00 |
| Service | 01/13/2020 | reviewing client intake form | 0.80 | $550.00 | $440.00 |
| Service | 01/13/2020 | researching Euros El   ina | 0.60 | $550.00 | $330.00 |
| Service | 01/14/2020 | drafting demand letter | 1.50 | $550.00 | $825.00 |
| Service | 01/14/2020 | client communication re: Defendants answer | 2.50 | $550.00 | $1,375.00 |
| Service | 01/15/2020 | reviewing demand letter w client | 0.70 | $550.00 | $385.00 |
| Service | 01/19/2020 | communications w client | 0.50 | $550.00 | $275.00 |
| Service | 02/25/2020 | reviewing documents re: sale of business | 0.80 | $550.00 | $440.00 |
| Service | 03/04/2020 | witness interview | 1.00 | $550.00 | $550.00 |
| Service | 03/18/2020 | call w client | 1.00 | $550.00 | $550.00 |
| Service | 03/30/2020 | drafting EE  C complaint | 1.40 | $550.00 | $770.00 |
| Service | 04/22/2020 | call w client | 1.10 | $550.00 | $605.00 |
| Service | 04/27/2020 | reviewing bank records | 0.80 | $550.00 | $440.00 |

Invoice - 11/27/2023

| Service | 06/19/2020 | communication with client | 0.30 | $550.00 | $165.00 |
|---------|-----------|---------------------------|------|---------|---------|
| Service | 07/07/2020 | drafting federal complaint | 5.70 | $550.00 | $3,135.00 |
| Service | 07/15/2020 | revising complaint | 2.10 | $550.00 | $1,155.00 |
| Service | 07/22/2020 | call w client | 1.10 | $550.00 | $605.00 |
| Service | 07/24/2020 | filing federal complaint | 0.20 | $550.00 | $110.00 |
| Service | 08/03/2020 | re uesting summonses | 0.20 | $550.00 | $110.00 |
| Service | 08/20/2020 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 08/21/2020 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 08/25/2020 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 10/12/2020 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 10/19/2020 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 10/22/2020 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 10/26/2020 | call w client | 0.50 | $550.00 | $275.00 |
| Service | 11/19/2020 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 11/29/2020 | email w court | 0.10 | $550.00 | $55.00 |
| Service | 11/30/2020 | call w client | 0.40 | $550.00 | $220.00 |
| Service | 12/02/2020 | drafting initial report of parties | 0.30 | $550.00 | $165.00 |
| Service | 12/03/2020 | interview of Eladio Castro | 0.80 | $550.00 | $440.00 |
| Service | 12/03/2020 | interview of Cristian Dilone | 0.70 | $550.00 | $385.00 |
| Service | 12/04/2020 | initial conference | 0.40 | $550.00 | $220.00 |
| Service | 12/04/2020 | court call | 1.00 | $550.00 | $550.00 |
| Service | 12/08/2020 | revised case management plan | 0.20 | $550.00 | $110.00 |
| Service | 12/09/2020 | reviewing civil case management order | 0.20 | $550.00 | $110.00 |
| Service | 12/11/2020 | communication w client | 0.50 | $550.00 | $275.00 |
| Service | 01/08/2021 | reviewing ECF filings | 0.20 | $550.00 | $110.00 |
| Service | 01/11/2021 | reviewing Defendants answer and cross claims | 1.40 | $550.00 | $770.00 |
| Service | 01/12/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 01/12/2021 | reviewing ECF filings | 0.20 | $550.00 | $110.00 |
| Service | 01/15/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 01/19/2021 | reviewing ECF filings | 0.20 | $550.00 | $110.00 |

Invoice  - 11/27/2023

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/20/2021 | reviewing documents re: answer | 0.80 | $550.00 | $440.00 |
| Service | 01/25/2021 | review counter claim with client | 1.60 | $550.00 | $880.00 |
| Service | 01/25/2021 | reviewing ECF filings | 0.20 | $550.00 | $110.00 |
| Service | 01/26/2021 | communication w opposing counsel | 0.40 | $550.00 | $220.00 |
| Service | 01/27/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 01/27/2021 | reviewing ECF filings | 0.20 | $550.00 | $110.00 |
| Service | 02/11/2021 | drafting motion re uesting e tension of time | 0.30 | $550.00 | $165.00 |
| Service | 02/12/2021 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 02/22/2021 | response to answer and cross claims | 3.20 | $550.00 | $1,760.00 |
| Service | 02/25/2021 | communication w client | 0.60 | $550.00 | $330.00 |
| Service | 03/02/2021 | reviewing medical documentation | 0.60 | $550.00 | $330.00 |
| Service | 03/04/2021 | drafting initial disclosures | 1.30 | $550.00 | $715.00 |
| Service | 03/08/2021 | drafting discovery demands | 2.40 | $550.00 | $1,320.00 |
| Service | 03/30/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 04/09/2021 | reviewing defendants' initial disclosures | 0.40 | $550.00 | $220.00 |
| Service | 04/12/2021 | reviewing Defendants discovery demands | 0.60 | $550.00 | $330.00 |
| Service | 04/20/2021 | drafting notices of depositions and service | 0.40 | $550.00 | $220.00 |
| Service | 04/22/2021 | communication w opposing counsel | 0.30 | $550.00 | $165.00 |
| Service | 04/29/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 04/30/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 05/04/2021 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 05/07/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 05/11/2021 | reviewing Emiton Fernandez filing | 0.20 | $550.00 | $110.00 |
| Service | 05/12/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 05/13/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 05/13/2021 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 05/14/2021 | reviewing filings re: default udgment | 0.20 | $550.00 | $110.00 |
| Service | 05/20/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 05/21/2021 | drafting deficiency letter | 2.50 | $550.00 | $1,375.00 |
| Service | 05/25/2021 | reviewing financial records | 2.10 | $550.00 | $1,155.00 |

Invoice  - 11/27/2023

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/27/2021 | reviewing and revising discovery responses | 4.60 | $550.00 | $2,530.00 |
| Service | 05/27/2021 | researching motion to compel | 3.50 | $550.00 | $1,925.00 |
| Service | 05/28/2021 | review email and documents from Mr. Rose | 0.70 | $550.00 | $385.00 |
| Service | 05/28/2021 | communication w opposing counsel and drafting  oint letter | 1.80 | $550.00 | $990.00 |
| Service | 05/28/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 06/01/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 06/02/2021 | communication w client | 0.80 | $550.00 | $440.00 |
| Service | 06/02/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 06/02/2021 | communication w opposing counsel | 0.50 | $550.00 | $275.00 |
| Service | 06/02/2021 | reviewing Castro discovery responses | 1.10 | $550.00 | $605.00 |
| Service | 06/03/2021 | communication w opposing counsel | 0.30 | $550.00 | $165.00 |
| Service | 06/03/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 06/03/2021 | drafting portion of  oint letter re motion to compel | 0.80 | $550.00 | $440.00 |
| Service | 06/04/2021 | drafting motion to compel | 3.50 | $550.00 | $1,925.00 |
| Service | 06/04/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 06/04/2021 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 06/05/2021 | supplemental discovery | 0.30 | $550.00 | $165.00 |
| Service | 06/05/2021 | drafting proposed order | 0.60 | $550.00 | $330.00 |
| Service | 06/15/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 06/16/2021 | communication w opposing counsel | 1.70 | $550.00 | $935.00 |
| Service | 06/18/2021 | reviewing court order | 0.20 | $550.00 | $110.00 |
| Service | 06/21/2021 | communication w opposing counsel | 0.40 | $550.00 | $220.00 |
| Service | 06/22/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 07/03/2021 | reviewing opposition memo | 0.80 | $550.00 | $440.00 |
| Service | 07/03/2021 | researching for reply memo | 1.40 | $550.00 | $770.00 |
| Service | 07/07/2021 | drafting reply memo | 2.30 | $550.00 | $1,265.00 |
| Service | 07/12/2021 | reviewing medical records | 0.70 | $550.00 | $385.00 |
| Service | 07/12/2021 | client prep | 3.00 | $550.00 | $1,650.00 |
| Service | 07/20/2021 | reviewing Defendants' deficiency letter | 0.40 | $550.00 | $220.00 |

Invoice  -  11/27/2023

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/21/2021 | drafting protective order | 0.80 | $550.00 | $440.00 |
| Service | 07/21/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 07/22/2021 | client meeting | 1.00 | $550.00 | $550.00 |
| Service | 07/22/2021 | client prep | 2.50 | $550.00 | $1,375.00 |
| Service | 07/23/2021 | meet and confer | 0.70 | $550.00 | $385.00 |
| Service | 07/23/2021 | communication w opposing counsel | 0.30 | $550.00 | $165.00 |
| Service | 07/26/2021 | client communication | 0.70 | $550.00 | $385.00 |
| Service | 07/26/2021 | client prep | 1.00 | $550.00 | $550.00 |
| Service | 07/26/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 07/27/2021 | Pizarro deposition | 6.80 | $550.00 | $3,740.00 |
| Service | 07/27/2021 | client prep | 1.00 | $550.00 | $550.00 |
| Service | 07/27/2021 | discussion w client post deposition | 0.50 | $550.00 | $275.00 |
| Service | 07/28/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 07/29/2021 | drafting verification for interrogatories | 0.20 | $550.00 | $110.00 |
| Service | 07/29/2021 | reviewing Defendants' deficiency letter dated July 28, 2021 | 0.30 | $550.00 | $165.00 |
| Service | 07/29/2021 | reviewing Castro Safe   arbor letter | 0.30 | $550.00 | $165.00 |
| Service | 07/29/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 07/30/2021 | reviewing Defendants responses to Castro discovery demands | 0.90 | $550.00 | $495.00 |
| Service | 07/30/2021 | drafting Safe   arbor letter | 1.60 | $550.00 | $880.00 |
| Service | 07/30/2021 | drafting response to deficiency letter | 2.10 | $550.00 | $1,155.00 |
| Service | 07/30/2021 | drafting Plaintiff's portion of  oint letter | 2.70 | $550.00 | $1,485.00 |
| Service | 07/31/2021 | reviewing 235 pages of financial records | 3.20 | $550.00 | $1,760.00 |
| Service | 08/03/2021 | reviewing court order | 0.20 | $550.00 | $110.00 |
| Service | 08/05/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 08/16/2021 | reviewing deposition w client | 0.70 | $550.00 | $385.00 |
| Service | 08/17/2021 | reviewing Defendants' motion to compel | 1.40 | $550.00 | $770.00 |
| Service | 08/17/2021 | opposition to Defendants' motion to compel | 0.90 | $550.00 | $495.00 |
| Service | 08/17/2021 | reviewing Castro r  ponse to Defendants' motion | 0.30 | $550.00 | $165.00 |
| Service | 08/17/2021 | reviewing court order | 0.20 | $550.00 | $110.00 |

# SA14

Invoice  - 11/27/2023

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/18/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 08/18/2021 | drafting declaration | 0.70 | $550.00 | $385.00 |
| Service | 08/19/2021 | drafting opposition to motion to compel | 3.10 | $550.00 | $1,705.00 |
| Service | 08/20/2021 | continued client deposition | 4.00 | $550.00 | $2,200.00 |
| Service | 08/20/2021 | meeting w client before continued deposition | 0.50 | $550.00 | $275.00 |
| Service | 08/20/2021 | discussion w client after deposition | 0.40 | $550.00 | $220.00 |
| Service | 08/25/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 08/25/2021 | reviewing Defendants' reply memo | 0.50 | $550.00 | $275.00 |
| Service | 08/26/2021 | reviewing discovery w client | 0.90 | $550.00 | $495.00 |
| Service | 08/26/2021 | review Defendants discovery demands on Emotion | 0.60 | $550.00 | $330.00 |
| Service | 08/31/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 09/02/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 09/09/2021 | drafting letter to court | 0.20 | $550.00 | $110.00 |
| Service | 09/09/2021 | researching computer crimes | 5.00 | $550.00 | $2,750.00 |
| Service | 09/10/2021 | call w court | 0.50 | $550.00 | $275.00 |
| Service | 09/15/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 09/24/2021 | drafting motion to amend | 2.40 | $550.00 | $1,320.00 |
| Service | 10/08/2021 | reviewing motion to dismiss | 1.30 | $550.00 | $715.00 |
| Service | 10/25/2021 | reviewing opp to motion to amend | 0.90 | $550.00 | $495.00 |
| Service | 11/01/2021 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 11/05/2021 | communication w court | 0.20 | $550.00 | $110.00 |
| Service | 11/09/2021 | researching for opposition to motion to dismiss | 3.40 | $550.00 | $1,870.00 |
| Service | 11/11/2021 | drafting declaration for Maria | 0.90 | $550.00 | $495.00 |
| Service | 11/11/2021 | drafting opposition to motion to dismiss | 2.20 | $550.00 | $1,210.00 |
| Service | 11/16/2021 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 11/24/2021 | reviewing reply memo for motion to dismiss | 0.70 | $550.00 | $385.00 |
| Service | 02/16/2022 | reviewing court order | 0.90 | $550.00 | $495.00 |
| Service | 02/18/2022 | revising Amended Complaint | 1.10 | $550.00 | $605.00 |
| Service | 03/08/2022 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 03/11/2022 | reviewing answer | 0.50 | $550.00 | $275.00 |

Invoice  -  11/27/2023

| Service | 03/24/2022 | reviewing court order | 0.40 | $550.00 | $220.00 |
|---------|------------|-----------------------|------|---------|---------|
| Service | 03/25/2022 | drafting answer to counter claims | 0.60 | $550.00 | $330.00 |
| Service | 04/29/2022 | court call | 0.50 | $550.00 | $275.00 |
| Service | 05/20/2022 | Court Call | 0.50 | $550.00 | $275.00 |
| Service | 05/20/2022 | court prep | 0.20 | $550.00 | $110.00 |
| Service | 05/20/2022 | court update | 0.10 | $550.00 | $55.00 |
| Service | 05/23/2022 | call with co-counsel re: court order | 0.50 | $550.00 | $275.00 |
| Service | 05/23/2022 | call with client | 0.20 | $550.00 | $110.00 |
| Service | 05/23/2022 | review client emails | 0.30 | $550.00 | $165.00 |
| Service | 05/23/2022 | communication w client | 0.60 | $550.00 | $330.00 |
| Service | 05/24/2022 | phone call with client | 0.20 | $550.00 | $110.00 |
| Service | 05/24/2022 | call with co-counsel | 0.10 | $550.00 | $55.00 |
| Service | 05/24/2022 | RB compiled discovery | 1.00 | $550.00 | $550.00 |
| Service | 05/25/2022 | call with co-counsel | 0.30 | $550.00 | $165.00 |
| Service | 05/25/2022 | compiling evidence | 0.50 | $550.00 | $275.00 |
| Service | 05/25/2022 | supplemental discovery | 0.20 | $550.00 | $110.00 |
| Service | 05/25/2022 | supplemental disclosures | 1.20 | $550.00 | $660.00 |
| Service | 05/26/2022 | drafting declarations | 0.30 | $550.00 | $165.00 |
| Service | 06/03/2022 | reviewing Defendants' portion of draft  oint letter | 0.60 | $550.00 | $330.00 |
| Service | 06/06/2022 | communication with client | 0.10 | $550.00 | $55.00 |
| Service | 06/06/2022 | communication with co-counsel | 0.20 | $550.00 | $110.00 |
| Service | 06/06/2022 | reviewing discovery letter from defendants | 0.40 | $550.00 | $220.00 |
| Service | 06/07/2022 | drafting portion of  oint letter | 0.80 | $550.00 | $440.00 |
| Service | 06/07/2022 | drafting letter | 0.40 | $550.00 | $220.00 |
| Service | 06/08/2022 | drafting  oint letter | 1.20 | $550.00 | $660.00 |
| Service | 06/09/2022 | reviewing Castro portion of draft  oint letter | 0.40 | $550.00 | $220.00 |
| Service | 06/10/2022 | communication with opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 06/10/2022 | communication with co-counsel | 1.00 | $550.00 | $550.00 |
| Service | 06/10/2022 | drafting letter to court | 0.50 | $550.00 | $275.00 |
| Service | 06/10/2022 | reviewing and responding to revised portions of draft | 0.90 | $550.00 | $495.00 |

Invoice - 11/27/2023

| | | oint letter | | | |
|---|---|---|---|---|---|
| Service | 06/11/2022 | communication with Jesse Rose | 0.20 | $550.00 | $110.00 |
| Service | 06/11/2022 | reviewing various versions of oint letter | 0.60 | $550.00 | $330.00 |
| Service | 06/13/2022 | drafting opposition | 0.50 | $550.00 | $275.00 |
| Service | 06/20/2022 | call with client | 0.20 | $550.00 | $110.00 |
| Service | 06/24/2022 | communication with client | 0.30 | $550.00 | $165.00 |
| Service | 07/25/2022 | reviewing court order | 0.20 | $550.00 | $110.00 |
| Service | 07/25/2022 | call with co-counsel | 0.50 | $550.00 | $275.00 |
| Service | 07/25/2022 | reviewing court order | 0.70 | $550.00 | $385.00 |
| Service | 07/26/2022 | call w client | 0.50 | $550.00 | $275.00 |
| Service | 07/29/2022 | call with co-counsel | 0.20 | $550.00 | $110.00 |
| Service | 08/01/2022 | call w co-counsel | 0.30 | $550.00 | $165.00 |
| Service | 02/13/2023 | communication w opposing counsel and Court | 0.20 | $550.00 | $110.00 |
| Service | 02/28/2023 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 03/07/2023 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 08/22/2023 | reviewing uezada deposition transcript | 2.50 | $550.00 | $1,375.00 |
| Service | 08/22/2023 | reviewing uezada Jr transcript | 2.20 | $550.00 | $1,210.00 |
| Service | 08/23/2023 | reviewing Castro transcript | 1.70 | $550.00 | $935.00 |
| Service | 08/24/2023 | reviewing discovery for JP | 3.80 | $550.00 | $2,090.00 |
| Service | 08/29/2023 | reviewing plaintiff's first deposition transcript | 3.10 | $550.00 | $1,705.00 |
| Service | 09/06/2023 | drafting JP | 4.20 | $550.00 | $2,310.00 |
| Service | 09/27/2023 | drafting and researching motion in liming to e clude third-party claims | 6.00 | $550.00 | $3,300.00 |
| Service | 09/28/2023 | researching and drafting motion in limine on stolen evidence preclusion | 2.80 | $550.00 | $1,540.00 |
| Service | 09/29/2023 | researching and drafting motion in limine about retaliation | 3.50 | $550.00 | $1,925.00 |
| Service | 09/30/2023 | researching and drafting motion in limine about uezada Sr's conviction for lying and smuggling money | 6.20 | $550.00 | $3,410.00 |
| Service | 10/01/2023 | drafting opening | 8.00 | $550.00 | $4,400.00 |
| Service | 10/04/2023 | review plaintiff's 2nd transcript | 2.20 | $550.00 | $1,210.00 |
| Service | 10/04/2023 | annotating Answer | 0.60 | $550.00 | $330.00 |

Invoice - 11/27/2023

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/05/2023 | communication w Court | 0.20 | $550.00 | $110.00 |
| Service | 10/05/2023 | revising proposed ury charge | 3.50 | $550.00 | $1,925.00 |
| Service | 10/07/2023 | drafting proposed voir dire | 1.70 | $550.00 | $935.00 |
| Service | 10/09/2023 | drafting opening | 5.30 | $550.00 | $2,915.00 |
| Service | 10/10/2023 | reviewing Euros ury charge | 0.40 | $550.00 | $220.00 |
| Service | 10/10/2023 | reviewing Euros pretrial memo | 0.60 | $550.00 | $330.00 |
| Service | 10/10/2023 | communication w opposing counsel | 0.30 | $550.00 | $165.00 |
| Service | 10/10/2023 | drafting direct | 2.80 | $550.00 | $1,540.00 |
| Service | 10/11/2023 | court conference | 1.00 | $550.00 | $550.00 |
| Service | 10/11/2023 | prepping with client | 3.00 | $550.00 | $1,650.00 |
| Service | 10/12/2023 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 10/13/2023 | communication w Castro counsel | 0.30 | $550.00 | $165.00 |
| Service | 10/13/2023 | reviewing Defendants' e hibits | 0.40 | $550.00 | $220.00 |
| Service | 10/13/2023 | reviewing late discovery by Defendants | 0.30 | $550.00 | $165.00 |
| Service | 10/15/2023 | revising opening | 2.00 | $550.00 | $1,100.00 |
| Service | 10/16/2023 | call w court | 0.50 | $550.00 | $275.00 |
| Service | 10/16/2023 | drafting second set of motions in liming | 4.30 | $550.00 | $2,365.00 |
| Service | 10/16/2023 | drafting motion in limine based on court conference | 2.10 | $550.00 | $1,155.00 |
| Service | 10/16/2023 | practicing opening | 7.00 | $550.00 | $3,850.00 |
| Service | 10/16/2023 | prepping client | 1.50 | $550.00 | $825.00 |
| Service | 10/16/2023 | organizing trial binder | 5.40 | $550.00 | $2,970.00 |
| Service | 10/17/2023 | trial | 6.50 | $550.00 | $3,575.00 |
| Service | 10/17/2023 | pre-trial prep | 1.50 | $550.00 | $825.00 |
| Service | 10/17/2023 | drafting cross of uezada Sr. | 4.50 | $550.00 | $2,475.00 |
| Service | 10/18/2023 | trial | 4.50 | $550.00 | $2,475.00 |
| Service | 10/18/2023 | drafting cross of Jr. | 2.80 | $550.00 | $1,540.00 |
| Service | 10/19/2023 | researching and prepping for ury charge conference | 5.00 | $550.00 | $2,750.00 |
| Service | 10/19/2023 | charging conference | 0.50 | $550.00 | $275.00 |
| Service | 10/20/2023 | reviewing Defendants' opp to Plaintiff's proposed ury instruction | 0.30 | $550.00 | $165.00 |

# SA18

Invoice - 11/27/2023

| Service | 10/20/2023 | drafting missing witness re uest | 1.80 | $550.00 | $990.00 |
|---------|------------|----------------------------------|------|---------|---------|
| Service | 10/20/2023 | drafting summation | 11.00 | $550.00 | $6,050.00 |
| Service | 10/21/2023 | re uest to charge | 1.00 | $550.00 | $550.00 |
| Service | 10/21/2023 | drafting summation | 8.40 | $550.00 | $4,620.00 |
| Service | 10/22/2023 | revising and practicing summation | 8.00 | $550.00 | $4,400.00 |
| Service | 10/23/2023 | trial | 5.50 | $550.00 | $3,025.00 |
| Service | 11/22/2023 | reviewing motion for udgment as matter of law | 1.30 | $550.00 | $715.00 |

**Services Subtotal**    **$174,295.00**

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| E pense | 07/24/2020 | Filing fee federal complaint | 1.00 | $400.00 | $400.00 |
| E pense | 06/07/2021 | binding motion | 1.00 | $18.10 | $18.10 |
| E pense | 07/10/2021 | shipping | 1.00 | $26.95 | $26.95 |
| E pense | 09/23/2021 | transcripts | 1.00 | $2,896.95 | $2,896.95 |
| E pense | 10/10/2023 | Supplies: staples - pictures for trial binders for court | 1.00 | $18.63 | $18.63 |
| E pense | 11/27/2023 | utside Services: es uire deposition solutions, ctober 16 2023 | 1.00 | $700.00 | $700.00 |
| E pense | 11/27/2023 | utside Services: es uire deposition solutions, ctober 26 2023 | 1.00 | $525.00 | $525.00 |
| E pense | 11/27/2023 | utside Services: es uire deposition solutions, ctober 31, 2023 | 1.00 | $525.00 | $525.00 |

**Expenses Subtotal**    **$5,110.63**

**Subtotal**    **$179,405.63**

**Total**    **$179,405.63**

# Detailed Statement of Account

### Current Invoice

**SA19**

Invoice - 11/27/2023

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| | 11/27/2023 | $179,405.63 | $0.00 | $179,405.63 |
| | | | **Outstanding Balance** | **$179,405.63** |
| | | | **Total Amount Outstanding** | **$179,405.63** |

Payment is due upon receipt.



# INVOICE

Date: 12/18/2023
Due Upon Receipt

## Brustein Law

299 Broadway, 17th Floor
New York, NY 10007
Phone: 2122333900
Email: evan@brusteinlaw.com
brusteinlaw.com

Santiago Quezada Sr.
c/o Law Offices of Martin E. Restituyo
1325 Avenue of the Americas, 28th Floor
New York, New York 10019

### Pizarro v Euros El Tina, et al 20-cv-5783 (AKH)

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 11/24/2023 | reviewing defendants' motion and shepherding cases cited by Defendants | 3.60 | $550.00 | $1,980.00 |
| Service | 11/24/2023 | researching case law on motions for new trial | 2.50 | $550.00 | $1,375.00 |
| Service | 12/12/2023 | researching emotional distress damages | 4.60 | $550.00 | $2,530.00 |
| Service | 12/12/2023 | revising motion opposition | 2.10 | $550.00 | $1,155.00 |
| Service | 12/13/2023 | researching sufficiency of punitive damages and waiving arguments | 3.70 | $550.00 | $2,035.00 |
| Service | 12/13/2023 | revising opposition to motion | 1.20 | $550.00 | $660.00 |

| | Subtotal | $9,735.00 |
|---|---|---|
| | **Total** | **$9,735.00** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X

MARIA JOSE PIZARRO,

                           Plaintiff,

  -against-

EUROS EL TINA RESTAURANT
LOUNGE AND BILLIARDS CORP.
, et al.

                        Defendants.
-------------------------------- X

**DECLARATION OF
EARL WARD**

20 Civ. 5783 (AKH)

DECLARATION OF EARL WARD IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES AND OTHER DISCRETIONARY COSTS
PURSUANT TO 42 U.S.C. § 1988 AND FED. R. CIV. P. 54(d)(2)

I, Earl Ward, declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, as follows:

1.     I respectfully submit this declaration in support of plaintiff's application, pursuant to 42 U.S.C. § 1988 and Fed. R. Civ. P. 54(d)(2), for an order awarding plaintiff's counsel attorneys' fees as the prevailing party in this litigation.

2.     I am a partner in the firm Emery Celli Brinckerhoff Abady Ward & Maazel LLP. I maintain my law offices at 600 Fifth Avenue, 10th Floor, New York, NY. I am a 1985 graduate of New York University School of Law. I have been practicing as a criminal defense and civil rights lawyer for thirty-eight years. Prior to entering private practice, I worked at the Legal Aid Society Criminal Defense Division, New York Civil Liberties Union, and the Neighborhood Defender Service of Harlem.

3.     In matters involving civil rights claims and otherwise, my clients are overwhelmingly unable to afford the services of a lawyer on an hourly basis. Few if any have enough money to pay even a minimal retainer. My firm litigates these cases on a contingency basis, and we are compensated based on a portion of any judgment or settlement

obtained, or through fee petitions.

4.    I have known one of plaintiff's counsel, Evan Brustein, for approximately ten years, and have worked closely with him over that period, particularly as opposing counsel in the case of <u>Fowler v. City of New York, et al.</u>, 13-Civ. 3144 (CBA) (VVP).

5.    In that case, I was particularly impressed by Mr. Brustein's diligence and skill in defending the case against my client. His work is consistently of fine quality, and his presence in the case enhanced the representation for his clients and his professionalism enabled us to resolve the case favorably and amicably for all parties.

6.    Since that time, Mr. Brustein and I have regularly discussed prospective cases and issues regarding civil rights litigation. Through the course of these conversations and based upon my professional relationship with him it is fair to say that he has a keen ability to evaluate the strengths and weaknesses of cases, to determine damages, and devises savvy and appropriate approaches to litigation.

7.    Mr. Brustein's rate of $550.00 per hour is in keeping with prevailing market rates for lawyers of comparable skill and experience in the field. Mr. Brustein has accumulated considerable knowledge and skill in the field of civil rights litigation and this represents a minimally fair and reasonable rate for an attorney with Mr. Brustein's experience and competence.

8.    I swear under penalty of perjury that the foregoing is true and correct.

Dated       December 1, 2023

New York, New York

_____
Earl Ward, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -- - - - - - - - - - - - - -    X
    MARIA JOSE PIZARRO
                             Plaintiff,


    -against-                                        Dkt 20-CV-5783 (AKH)


    EUROS EL TINA RESTAURANT
    LOUNGE AND BILLIARDS CORP.,
    SANTIAGO QUEZADA, and
    SANTIAGO QUEZADA, Jr.
                             Defendants,
- - - - - - - - - - - - - - - - - - - -- - - - - - - - - - - - - -    X

DECLARATION OF JEFFREY RISMAN IN SUPPORT OF MOTION FOR ATTORNEYS'
FEES AND OTHER DISCRETIONARY COSTS PURSUANT TO 42 U.S.C. § 1988 AND
FED. R. CIV. P. 54(d)(2)


        I, Jeffrey Risman, declare, pursuant to 28 U.S.C. § 1746 and under penalty of

perjury, as follows:

        1.      I respectfully submit this declaration in support of plaintiff's application,

pursuant to 42 U.S.C. § 1988 and Fed. R. Civ. P. 54(d)(2), for an order awarding

plaintiff's counsel attorneys' fees as the prevailing party in this litigation.

        2.      I am an attorney licensed to practice in New York State. I am a partner at

the law firm of Risman & Risman, P.C. I graduated from New York Law School in 2007,

and earned the highest grade in the class (A+) in trial advocacy with the Honorable Joan

M. Azrack (then Magistrate Judge) presiding over my mock trial.

        3.      After being admitted to practice law in the State of New York in 2008, I

started my career as an associate with Lester, Schwab, Katz and Dwyer, an insurance

defense firm, where I focused on defending corporations and individuals, from preparation

of answers, to digesting and taking depositions, and drafting of motions for summary

judgment. In 2010, I became an associate with Furman & Kornfeld, where I defended attorneys in malpractice suits and first gained exposure to employment law and all the intricacies therein, when I was assigned to an action in which an employment litigator was being sued.

4.    After deciding that I wanted to pursue a future in employment law, in 2011, I joined the firm of Maya Risman, P.C.  In 2013, I was a founding partner in Risman & Risman, P.C.  I regularly work closely with clients, through all phases of litigation and am responsible for preparing all EEOC Charges, pleadings, motions, memoranda of law, and position statements for cases at the firm. I am also the lead attorney in all wage and hour claims commenced by the firm. I previously prevailed in an employment discrimination arbitration matter before the AAA in 2015. I also prevailed in a single plaintiff employment discrimination arbitration matter before the AAA in 2021, where my firm obtained a 7 figure award.

5.    I was elected to Superlawyers Rising Stars for plaintiff's employment attorneys for the years 2014 - 2021, the Top 40 under 40 Labor and Employment Lawyers in the State of New York for the years 2015 – 2021, and have also been a member of the National Employment Lawyers Association and New York Bar Association – Labor and Employment Law section since 2013.  I also present continuing legal education classes for Lawline.com.

6.    The clients whom Risman & Risman, P.C. represent in employment cases can often only afford to retain an attorney on a contingency basis, and all of these cases are handled that way.  Counsel for Claimant is compensated based upon a percentage of any judgment or settlement, or through § 1988 and City & State Law awards.  Risman & Risman,  P.C. bears all of the costs of litigation while the case is pending, and  the  clients

never have an obligation to pay for expenses which have been advanced if there is no recovery.

7.    Employment discrimination cases are extremely risky and involve complex issues of                                         law. It is well known that only a small segment of the bar is willing to take such cases as the bulk of a law practice. Because the chances of losing employment discrimination cases are high, employment attorneys in New York depend on the availability of a full "lodestar" recovery if they do prevail.

8.    As part of my practice I take cases on both an hourly and a contingency fee basis. Because I represent individuals who are often without employment, they often lack the means to pay my full hourly rate or even any hourly rate.

9.    In matters involving claims of employment discrimination and otherwise, my clients are overwhelmingly unable to afford the services of a lawyer on an hourly basis. Few if any have enough money to pay even a minimal retainer. My firm handles these cases on a contingency basis, and our compensation is based on a portion of any judgment or settlement obtained, or through fee petitions.

10.    I have known one of plaintiff's counsel, Evan Brustein, for approximately four years, and have worked closely with him over that period, on numerous cases, including Chan v iSpot, Inc. 20-CV-8222 (RA), Puryear v. Meco Electric Company, Inc. 295-CV-295 (WFK) (VMS), and Jones v Mayflower International Hotel Group, Inc. et al. (WFK) (JRC).

11.    In those cases, I was particularly impressed by Mr. Brustein's knowledge of the federal rules, skill in taking and defending depositions, and in preparing for trial. His presence in these cases and legal acumen has enhanced the representation for our clients and enabled us to resolve the cases favorably.

12.    Mr. Brustein's rate of $550.00 per hour is in keeping with prevailing

market rates for lawyers of comparable skill and experience in the field. Mr. Brustein has accumulated considerable knowledge and skill in the field of employment litigation, and this represents a minimally fair and reasonable rate for an attorney with Mr. Brustein's experience and competence.

13.    I swear under penalty of perjury that the foregoing is true and correct.


Dated: November 30, 2023
New York, New York

*Jeffrey Risman*
Jeffrey Risman, Esq.

### DECLARATION OF BRIAN L. BROMBERG IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND OTHER DISCRETIONARY COSTS UNDER 42 U.S.C. § 1988 AND FED. R. CIV. P. 54(d)(2)

I, Brian Bromberg, declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true:

1.  I respectfully submit this declaration in support of plaintiff's application, under 42 U.S.C. § 1988 and Fed. R. Civ. P. 54(d)(2), for an order awarding plaintiff's counsel attorneys' fees as the prevailing party in this litigation.

2.  I am the president of Bromberg Law Office, P.C. I maintain my law offices at 352 Rutland Road #1, Brooklyn, NY 11225. I am a 1991 graduate of Brooklyn Law School. Before starting my own practice, which I have operated since October 2001, I worked as an associate at the Law Office of Peter Marc Stern, a small general practice.

3.  From 2001 to the present, I have focused my practice almost exclusively on individual and class-action cases for plaintiffs filed under the various state and federal consumer-protection statutes, civil rights statutes, and employee-protection statutes.

4.  My civil-rights cases have been based primarily on allegations of police misconduct.

5.  In matters involving claims of police misconduct and otherwise, my clients are overwhelmingly unable to afford the services of a lawyer on an hourly basis. Few if any have enough money to pay even a minimal retainer. I take these cases on a contingency basis, and am compensated based on a portion of any judgment or settlement obtained, or through fee petitions.

6.    The simplest civil rights case is by its nature complex and is always a difficult and risky undertaking.  In fact, because of the risk involved in taking such cases, I do not know too many lawyers who are willing to devote a substantial part of their practice to civil rights litigation.

7.    I have known one of plaintiff's counsel, Evan Brustein, for approximately five years, and have worked closely with him over that period, particularly over the past four years as my co-counsel in the cases of *Staley, et al. v Four Seasons Hotels and Resorts, et al.,* 22 Civ. 6781(JSR), *Dominguez v City of New York, et al.*, (21 Civ. 2302 (KPF), and *A.W. v. New York City Department of Education, et al.*, 19 Civ. 7011(MKB) (MMH).

8.    *Staley* resulted in an important decision declining a motion to compel arbitration and to strike class claims. *See Staley v. Hotel 57 Services, LLC*, No. 22 Civ. 6781, __ F.Supp.3d __, 2023 WL 4339678 (S.D.N.Y. July 5, 2023) (appeal pending).

9.    *A.W.* has resulted in important decisions allowing the pursuit of damages against the New York Department of Education for the use of corporal punishment against an autistic teenager by a paraprofessional. *A.W. v. New York Department of Education*, 519 F.Supp.3d 128 (2021) (denying a motion to dismiss); *A.W. v. New York Department of Education*, No. 19 Civ. 7011, ___ F.Supp.3d ___, 2023 WL 7485182 (E.D.N.Y. Nov. 13, 2023).

10.    In these cases, Mr. Brustein has been both diligent and skilled in the work that he has performed on behalf of our mutual clients.  His work has been exemplary, and his involvement in the cases has enhanced the representation and

the prospects of success for our clients.

11.     Mr. Brustein and I regularly discuss prospective cases and issues regarding civil-rights litigation.  Through the course of these conversations and based upon my professional relationship with him it is fair to say that he has a keen ability to evaluate the strengths and weaknesses of cases, to determine damages, and devises creative and appropriate approaches to litigation.

12.     Mr. Brustein's rate of $550 an hour is in keeping with prevailing market rates for lawyers of comparable skill and experience in the field.  Mr. Brustein has accumulated considerable knowledge and skill in the field of police misconduct litigation and this represents a minimally fair and reasonable rate for an attorney with Mr. Brustein's experience and  competence.

Dated:      Brooklyn, New York
            December 4, 2023

                                    /s/ *Brian L. Bromberg*
                                    Brian L. Bromberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

MARIA JOSE PIZARRO,

                                            Plaintiff,            20-CV-5783 (AKH)

       -against-

EUROS EL TINA RESTAURANT LOUNGE
and BILLIARDS CORP. and SANTIAGO
QUEZADA,

                                            Defendants.

--X---------------------------------------------------------------

### DECLARATION OF MARIA JOSE PIZARRO IN SUPPORT OF MOTION TO FIX ATTORNEYS FEES AND COSTS

MARIA JOSE PIZARRO declare that the following is true and correct:

1. I am the Plaintiff in the above-captioned action, which arose out of the sexual harassment and sexual assault by Santiago Quezada.

2. I submit this declaration to request that the Court grant my motion for attorneys' fees and costs.

3. I began working at Euros El Tina, a restaurant and bar, in September 2010. Between that time and when my employment ended in November 2019, I was subject to a continuous pattern of sexual harassment/hostile work environment by my boss, Defendant Santiago Quesada, Senior. He grabbed my breasts from behind against my will; left the bathroom door open as he urinated, just feet from my desk, exposing his penis to me each time, and even masturbated in front of me. I objected each time he did these things but he didn't stop. On October 18, 2019, Defendant Quesada, Senior grabbed me from behind, pinned my arms in front of me as he pulled down my pants and underwear and and pressed his

penis against my bare buttocks as a tried to break free. Luckily someone walked in and stopped the sexual assault.

4. I have suffered severe emotional distress as a result of what Defendant Quezada, Senior did to me.

5. Brustein Law PLLC has represented me since January 2020.

6. Evan Brustein has represented me as the sole attorney on my case until Mark Marino was brought on to assist with the litigation in June 2021.

7. Throughout his representation of me, Mr. Brustein has kept me advised of the progression of the case, and we have discussed the strategy of litigating the case throughout the case. I have been impressed by Mr. Brustein's knowledge and skill in the representing me in this employment discrimination case, as well as the decisions he made early on in the case that resulted in favorable rulings for me in advance of the trial.

8. I have found Mr. Brustein to be a dedicated and hard-working attorney, who has put considerable time and energy into prosecuting my case, for which I am very thankful.

9. Mr. Brustein is worth at least $550/hour if not more.

10. When Mr. Brustein discussed bringing Mr. Marino on to assist with the case in June of 2021, he spoke highly of him and told me that his legal writing would help the case.

11. In the time that Mr. Marino has been representing me, I have also been happy to have him representing me and felt that his addition to the case was beneficial.

12. I support the Court awarding Mr. Brustein an hourly rate of $550 and Mr. Marino an hourly rate of $425.

13. For the reasons stated above, I request that the Court grant my fee petition.

14. I declare under penalty of perjury that the foregoing is true and correct.

Dated:    November 30, 2023
          Queens, New York

_____
Maria Jose Pizarro

Sworn to before me this

30 day of November, 2023

_____
Notary Public
Commission Expires: 09/28/2027

SUSY DENYFS REBOLLEDO
Notary Public - State of New York
No. 01RE0013905
Qualified in Queens County
My Commission Expires September 28, 2027

\UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MARIA JOSE PIZARRO,                              :

                                                 :        **ORDER GRANTING**
                                                 :        **MOTIONS FOR SUMMARY**
                              Plaintiff,          :        **JUDGMENT AND FED. R.**
                                                 :        **CIV. P. 11 SANCTIONS**
         -against-                               :
                                                 :        20 Civ. 5783 (AKH)
EUROS EL TINA RESTAURANT LOUNGE                  :
AND BILLIARDS CORP., SANTIAGO                     :
QUEZADA, and SANTIAGO QUEZADA, Jr.,              :
                                                 :
                              Defendants.         :
         -and-                                    :
                                                 :
JOSE E. CASTRO, ELADIO CASTRO                     :
PRODUCTIONS, INC., EMITON FERNANDEZ             :
a.k.a. EMILIO FERNANDEZ, NARCISO                :
GOMEZ, ZOILIMAR MEJIA a.k.a ZULIMAR             :
MEJIA, and TOMAS ANDRES PIZARRO                  :
ZEPEDA,                                          :
                                                 :
                    Third Party Defendants.       :

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

            Plaintiff and Counterclaim Defendant Maria Jose Pizarro ("Pizarro") and Third-

Party Defendants Jose E. Castro and Eladio Castro Productions, Inc. ("Castro Defendants")

move for summary judgment pursuant to Fed. R. Civ. P. 56 on counterclaims and third-party

claims filed by Defendants Euros El Tina Restaurant Lounge ("Euros El Tina), Santiago

Quezada ("Quezada Sr.") and Santiago Quezada Jr. ("Quezada Jr.").

            Movants are entitled to summary judgment in their favor because there is no

implied civil right of action for Defendants' claims for wire fraud in violation of 18 U.S.C. §

1343, money laundering in violation of 18 U.S.C. §§ 1956(a)(1)(B), (a)(2)(B), and (a)(3)(B),

engaging in monetary transactions in property derived from specified unlawful activity in

violation of 18 U.S.C. § 1957(a), and interstate transportation of stolen property in violation of 18 U.S.C. § 2314. *See Robinson v. Overseas Military Sales Corp.*, 21 F.3d 502, 511 (2d Cir. 1994).

As to the remaining claims under civil RICO and state law, Defendants fail to demonstrate they suffered any losses, or that Movants' alleged conduct were the cause of any losses. *See, e.g., Kregos v. Associated Press*, 3 F.3d 656, 665 (2d Cir. 1993). Defendants alleged that from April 2017 to July 2018, Ms. Pizarro and the Co-Conspirators stole over $435,000 from Defendants, but testified that they had no evidence of Pizarro or Castro taking money from Euros, that no money was stolen prior to 2019, and only that alcohol bottles were stolen in 2019, prior to the closing of Euros El Tina. The only evidence to which Defendants cite in support of their claims is self-serving, conclusory, and internally inconsistent.

Defendants assert they need additional discovery. However, discovery was closed by order of July 25, 2022. ECF No. 141. Furthermore, Defendants would have known about their losses from their own books and records prior to filing their claims. In sum, there are no issues of fact to be tried; the motions for summary judgment are granted.

Third Party Defendant Castro's motion for Rule 11 sanctions is granted. Quezada Jr. testified at his deposition that he had "no factual basis for why [he] believed Mr. Castro was helping Miss Pizarro steal from" Defendants aside from Castro and Pizarro's friendship, and could not show that anything had been stolen from Defendants. The continued prosecution of this claim, devoid of factual and legal support, is sanctionable. Castro shall show expenses incurred, post-trial, attributable solely to the defense of the third-party claims, with contemporaneous time records, to the other side by September 19, 2024. If within two weeks

there is no agreement as to the amount to which Castro is entitled, a motion shall be made by October 10, 2024.

      For the reasons above, Pizarro and Castro's motions for summary judgment and Rule 11 sanctions are granted. In the absence of merit against the two moving defendants, this holding is applicable as well to the remaining defendants who have been served but have not retained counsel. The Clerk shall enter judgment in favor of the third-party defendants and Plaintiff Pizarro as to the counterclaims and third-party claims and terminate the open motions at ECF Nos. 204 and 208. But for the regulation of fees, this case is now closed.

      SO ORDERED.

Dated:    August 29, 2024
       New York, New York

              ALVIN K. HELLERSTEIN
              United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
MARIA JOSE PIZARRO,

                              Plaintiff,                    20 **CIVIL** 5783 (AKH)

              -against-                                     **JUDGMENT**

EUROS EL TINA RESTAURANT LOUNGE
AND BILLIARDS CORP., SANTIAGO
QUEZADA, and SANTIAGO QUEZADA, Jr.,

                              Defendants,
                      -and-
JOSEE. CASTRO, ELADIO CASTRO
PRODUCTIONS, INC., EMITON FERNANDEZ
a.k.a. EMILIO FERNANDEZ, NARCISO
GOMEZ, ZOILIMAR MEJIA a.k.a ZULIMAR
MEJIA, and TOMAS ANDRES PIZARRO
ZEPEDA,
                              Third Party Defendants.
------------------------------------------------------------------------X

              It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated August 29, 2024, Pizarro and Castro's motions for summary

judgment and Rule 11 sanctions are granted. In the absence of merit against the two moving

defendants, this holding is applicable as well to the remaining defendants who have been served

but have not retained counsel. Judgment is entered in favor of the third-party defendants and

Plaintiff Pizano as to the counterclaims and third-party claims. But for the regulation of fees;

accordingly, the case is closed.

**Dated:**  New York, New York
         August 30, 2024

                                        **DANIEL ORTIZ**
                              _____
                                    **Acting Clerk of Court**

                        **BY:**  _Negam Dulal_
                              **Deputy Clerk**

BY:    _____
             **Deputy Clerk**